# EXHIBIT C

Justice Law Corporation
Attn:  Tatavos-Gharajeh, Shunt
411 N. Central Avenue
Suite 500
Glendale, CA    91203

Lewis Brisbois Bisgaard & Smith LLP
Attn:  Lordan, Joseph R
650 Town Center Dr.
Ste 1400
Costa Mesa, CA    92626

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| Lacy | No. RG16827402 |
| --- | --- |
| Plaintiff/Petitioner(s) | Order |
| VS. | Motion for Final Approval of Class Settlement Granted |
| Azuma Foods International, Inc., USA | |
| Defendant/Respondent(s) (Abbreviated Title) | |

The Motion for Final Approval of Class Settlement was set for hearing on 05/18/2018 at 11:00 AM in Department 21 before the Honorable Robert McGuiness.  The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The motion of plaintiff Lacy for final approval of class action settlement is GRANTED.
The form of the class notice and the notice to the class was adequate.

There were no objections to the proposed settlement and only one opt-out.   (Kruckenberg Dec. Para 6-8.)

The complaint alleged a variety of Labor Code claims.

The settlement was mediated with the assistance of David Rotman.  The court gives "considerable weight to the competency and integrity of counsel and the involvement of a neutral mediator in [concluding] that [the] settlement agreement represents an arm's length transaction entered without self-dealing or other potential misconduct." (Kullar v. Foot Locker Retail, Inc. (2008) 168 Cal.App.4th 116, 129.) (See also In re Sutter Health Uninsured Pricing Cases (2009) 171 Cal.App.4th 495, 504.)

The motion makes the analysis required by Kullar v. Foot Locker Retail, Inc. (2008) 168 Cal.App.4th 116.

The settlement was for $1,900,000, of which approximately $1,150,000 will go to the 783 member of the class, for an average of approximately $1,500 per member of the class.  The funds will be distributed based on the number of workweeks worked by each member of the class.

The Court notes and approves of the plan to distribute the settlement funds with no claims process.

The Court approves the amount of attorneys' fees in the mount of $665,000, which is 35% of the total settlement.  This is above the court's standard percentage, but is fair in the context of the asserted lodestar in this case and the absence of any objections.

The Court approves the incentive award $15,000.  Plaintiff provided a declaration regarding the nature of her participation in the action, including a description of her specific actions and the amount to time

she committed to the prosecution of the case. (Lacy Dec.) (Clark v. American Residential Services LLC (2009) 175 Cal.App.4th 785, 804-807.)

The Court ORDERS that 10% of the fee award ($66,500) be kept in the administrator's trust fund until the completion of the distribution process and Court approval of a final accounting.

The Court will set a compliance hearing approximately 60 days after the completion of the distribution process for counsel for plaintiff and the Administrator to submit a summary accounting how the funds have been distributed to the class members and the status of any unresolved issues. If the distribution is completed, the Court will at that time release the hold-back of attorney fees.

The court will sign the proposed order. The court sets the hearing on final approval for 12/19/19 at 10:00 AM. Plaintiff must reserve a hearing for that date.

Dated: 05/18/2018

                                                                       Judge Robert McGuiness